1  BINGHAM MCCUTCHEN LLP
   Wendy M. Lazerson (SBN 97285)
2  wendy.lazerson@bingham.com
   Christine de Bretteville (SBN 198167)
3  christine.debretteville@bingham.com
   1900 University Avenue
4  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
5  Facsimile: 650.849.4800

6  Attorneys for Defendant
   THE PERMANENTE MEDICAL GROUP, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| JANET ESTEBAN, | No. 10-3129 CW |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFF'S MOTION FOR REMAND |
| v. | |
| KAISER FOUNDATION HOSPITALS, a Corporation, THE PERMANENTE MEDICAL GROUP, INC., a corporation, KATHRYN ZENDER, YVETTE CARMEGNANI, and DOES 1-50, inclusive, | |
| Defendant. | Current Date: September 9, 2010<br>Time: 2:00 p.m.<br><br>Proposed Date: September 16, 2010<br>Time: 2:00 p.m.<br><br>Courtroom 2, 4th Floor<br>Judge: The Hon. Claudia Wilken |

A/73481749.1                                                          NO. 10-3129 CW

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
DEFENDANT'S AND PLAINTIFF'S MOTIONS

1  WHEREAS, Defendant's Motion for Judgment on the Pleadings and Plaintiff's Motion for Remand (the "Motions") are both scheduled for hearing on September 9, 2010 at 2 p.m.;

3  WHEREAS, counsel for both parties are unable to attend the hearing date because of a religious holiday;

5  WHEREAS, the parties agree to move the date for hearings on the Motions to September 16, 2010 at 2 p.m., or as soon thereafter as the hearing may be scheduled;

7  IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, that:

9  1.  The Motions shall be heard on September 16, 2010 at 2 p.m., or as soon thereafter as it may be scheduled.

DATED: August 23, 2010                BINGHAM MCCUTCHEN LLP

_____
Christine de Bretteville
Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC.

DATED: August 23, 2010                LAW OFFICE OF ARKADY ITKIN

_____
Arkady Itkin
Attorneys for Plaintiff
JANET ESTEBAN

IT IS THEREFORE ORDERED THAT the hearing on Defendant's Motion for Judgment on the Pleadings, and Plaintiff's Motion for Remand, currently set for September 9, 2010 at 2 p.m. is continued until September 16, 2010 at 2 p.m.

By: _____
U.S. DISTRICT JUDGE

A/73481749.1                                                                                          NO. 10-3129 CW

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
DEFENDANT'S AND PLAINTIFFI'S MOTIONS