IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ESTEBAN, | No. 10-03129 CW |
| Plaintiff, | ORDER REMANDING PLAINTIFF'S DEFAMATION AND |
| v. | LIBEL CLAIMS TO |
| KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; KATHRYN ZENDER; YVETTE CARMEGNANI; and DOES 1-50, inclusive, | SAN FRANCISCO COUNTY SUPERIOR COURT |
| Defendants. | |

At a hearing on September 16, 2010, the Court granted in part and denied in part Plaintiff Janet Esteban's Motion to Remand (Docket No. 20) and granted in part and denied in part Defendants Kaiser Foundation Hospitals and The Permanente Medical Group, Inc.'s Motion for Judgment on the Pleadings (Docket No. 16). The Court granted judgment against Plaintiff on her negligence claim, which was held to be preempted by § 301 of the Labor Management Relations Act. However, the Court concluded that § 301 did not preempt Plaintiff's defamation and libel claims and ordered that they be remanded to state court.

In accordance with the Court's ruling, the Clerk shall remand Plaintiff's defamation and libel claims to San Francisco County Superior Court.

IT IS SO ORDERED.

Dated: 10/7/2010

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California